No. 73–1912.   CARVER v. TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

No. 73–1913.   BRAY ET AL. v. ELISON ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 73–1916.   BLANKS v. REGISTER ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 73–1918.   PEREZ-LOPEZ ET AL. v. IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 9th Cir.   Certiorari denied.

No. 73–1920.   RUGGIERO v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 73–1921.   WELLCO CHEMICAL PRODUCTS Co. v. CASCADE CHEMICAL COATINGS, INC.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 73–1927.   FREUDMANN v. BLANKSTEIN, TRUSTEE IN BANKRUPTCY.   C. A. 2d Cir.   Certiorari denied.

No. 73–1936.   SECRETARY OF SOCIAL AND REHABILITATION SERVICES OF KANSAS v. SENECA NURSING HOME ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 73–1937.   BRANDYS v. ILLINOIS.   App. Ct. Ill., 4th Dist.   Certiorari denied.

No. 73–1938.   EFFLER v. TENNESSEE.   Ct. Crim. App. Tenn.   Certiorari denied.

No. 73–1939.   GILLIGAN ET AL. v. KORZEN ET AL.   Sup. Ct. Ill.   Certiorari denied.